**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Casey LUKER, Defendant–Appellant.**

**No. 15–40311
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2015.

Tracey M. Batson, Assistant U.S. Attorney, U.S. Attorney's Office, Plano, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Esq., Assistant Federal Public Defender, Office of the Federal Defender–Eastern District, Frisco, TX, for Defendant–Appellant.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Casey Luker has moved for leave to withdraw and has filed a brief in

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Luker has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.